

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

    Plaintiff,

v.     Civil Action No. 1:14-cv-01542-CMH-MSN

URVINDER MADHOK,

    Defendant,

_____ /

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF URVINDER MADHOK

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with Urvinder Madhok ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Urvinder Madhok was assigned the IP address *. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Urvinder Madhok has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 14, 2015

*So Ordered [signature] Claude M. Hilton USDJ Apr. 20/15*

Respectfully submitted,

By: __/s/ William E. Tabot__
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ William E. Tabot_
William E. Tabot